83,619-01

Sept. 8, 2015

ABEL ACOSTA, CLERK
TEXAS COURT OF CRIMINAL APPEALS
P.O. Box 12308, Capitol Station
Austin, Texas   78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

IN RE: Ex parte Johansson, Writ No. WR-83,619-01

To the Hon. Abel Acosta,

Enclosed for filing and immediate action by the Court my request for a copy of the supplemental clerk's record now on file in your office.  I am presenting this document and theattached legal documents of evidence as I **object** to the County using a supplemental record in lieu of the original. Notice must be taken that there are two (2) Trial Court Numbers attached to this action when the **only** number that Applicant filed under was the 10,205 Cause number.  Where the 23,645 number came from is unbeknownest to Applicant.  Please correct the record.

I thank you for all that you have done in getting the Writ moved from the County after filing of my Writ of Mandamus. I'm sure without that Notice the Court would have never forwarded my Art. 11.07 Writ to the Court of Criminal Appeals. I await the Courts reply.

Respectfully yours,
/s/ Sven Erik Johansson
Sven Erick Johansson   1465256
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583

Dated & documented

TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

EX PARTE                              §

SVEN ERIK JOHANSSON,                  §      WRIT NO. WR-83,619-01

              Applicant               §

APPLICANT'S REQUEST FOR A COPY OF THE SUPPLEMENTAL
CLERK'S RECORD FOR AUTHENTICATION PURPOSES

TO THE HONORABLE COURT:

COMES NOW SVEN ERIK JOHANSSON, Applicant pro se, and files this his "Applicant's Request for a Copy of the Supplemental Clerk's Record" for authentication purposes and to ensure that the Court received ALL OF THE DOCUMENTS PERTINENT TO THIS MATTER and to assure that each document is accurate. Applicant makes this request as he received two (2) "White Card" Notices with two (2) different Trial Court Numbers when the only number that Applicant filed his Art. 11.07 on was Cause No. 10,205 as having been twice convicted on the same charge.

At present Applicant is at a quandry as to where the second trial court number of 23,645 came from or how it came to be on any court document in this action. Applicant is of the belief that the trial court, prosecution and/or the Clerk's office is working in tandem to conspire to give the Court wrong information and to mislead them down a seperate avenue of review that has nothing to do with the Double Jeopardy issue and the lack of jurisdiction to convict. To this end the Applicant now files with the Court for review and evidence a copy of the Capias Warrant filed to prove the date of action along with the 1st Motion To Revoke Community Supervision, again for date purpose. the Motion To Revoke notes the 10,025 Cause Number. Exhibits A & B

10,205

1

As well, Applicant files a copy of the Index sent him to bring to the Court's attention the NO Court Reporter's transcription of events is filed. The Statement of Facts has been denied to the Applicant at at times. Exhibit C

WHEREFORE, Applicant so prays the Court, after review of the facts and evidence set-out herein, would so GRANT him his request for a Court Order for a copy of the record filed for authentication purposes and to accept into evidence those documents hereto now attached.

Respectfully submitted,

/s/ Sven Erik Johansson

Sven Erick Johansson 1465256
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583

2

Exhibit A

# PEACE OFFICER'S RETURN

Came to hand on the __31st__ day of __January__ , A.D. 20 __13__

and executed on the __18__ day of __feb__ , A.D. 20 __13__ by arresting

the within named __Sven E Johansson__ at __TCSo__

in __Tyler__ County, Texas and *taking his bond, which is herewith returned,

*placing __him__ in the County Jail of __Tyler__ County, Texas.

Returned on this the __18__ day of __feb__ , A.D. 20 ___.

Fee..............$ _____

Mileage........$ _____

Total.......$ _____

*Erase according to the facts.

__Bryan Weatherford, Sheriff__

__Tyler__ County

By __Ressi' Cassub__ Deputy

NO. 12-205

The State of Texas

VS.

SVEN ERIK JOHANSSON

CAPIAS

January 31, 2013

Issued

Clerk-District Court

Tyler County, Texas

FILED FOR RECORD

2013 FEB 21 PM 3:17

KIM HAGY PM
DISTRICT CLERK
TYLER COUNTY TEXAS

BY: _____

# THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED TO ARREST <u>SVEN ERIK JOHANSSON</u> who has been charged by indictment and convicted for a Felony offense and placed on probation and Him safely keep, so that you have Him before the Honorable 1-A DISTRICT COURT of Tyler County, Texas, at the courthouse of said County, in the city of Woodville immediately, then and there to answer The State of Texas against the said <u>SVEN ERIK JOHANSSON</u> for violation of the condition of probation in cause No. <u>10,205</u> .

STATE OF TEXAS vs. SVEN ERIK JOHANSSON

<u>AGG ASSAULT W/DEADLY WEAPON - MOTION TO REVOKE</u>

HEREIN FAIL NOT, but due return make hereof as the law directs.

Witness my signature and official seal, on this the ___31___ day of ___January___ , A.D. 20 _13_ .

_____
Jerome P. Owens
1-A District Court
Tyler County, Texas

_____
District Clerk
Tyler County, Texas

By: _____
Deputy

_____

No Bond until Defendant meets with Supervision Officer Nancy Hatton

Bond amount after meeting with Supervision Officer: $_____

marcus

FILED FOR RECORD

2013 JAN 31 AM 9: 04

KIM NAGYPAL
DISTRICT CLERK
TYLER COUNTY, TEXAS
BY:

CAUSE 10,205

STATE OF TEXAS                                                    1-A DISTRICT COURT

vs.                                                                              of

SVEN ERIK JOHANSSON                                   TYLER COUNTY, TEXAS

## 1st MOTION TO REVOKE COMMUNITY SUPERVISION

COMES NOW, the State of Texas by and through her Criminal District Attorney and respectfully moves this Court to proceed with a Motion to Revoke against Sven Erik Johansson, defendant in the above entitled and numbered cause, and would show the Court the following:

That Sven Erik Johansson, Defendant, was duly and legally convicted in the above entitled and numbered cause in the 1-A DISTRICT COURT for the offense of AGG ASSAULT W/DEADLY WEAPON, and placed on community supervision for a period of 4 YEARS.

That Defendant has violated the following conditions of said community supervision in that:

Condition 1     Defendant shall commit no offense against the laws of this State or of the United States or any other County. Defendant shall notify the Community Supervision Officer in charge of the case within forty-eight (48) hours of being arrested and/or charged with a criminal offense.

This defendant did commit an offense against the laws of this State, to wit: That on or about the 20th day of January, 2013, in Jasper County, Texas, defendant committed the offense of ASSAULT.

This defendant did commit an offense against the laws of this State, to wit: That on or about the 20th day of January, 2012, in Jasper County, Texas, defendant committed the offense of DISORDERLY CONDUCT.

This defendant did commit an offense against the laws of this State, to wit: That on or about the 11th day of October, 2008, in Jasper County, Texas, defendant committed the offense of DISORDERLY CONDUCT/DISCHARGE OR DISPLAY FIREARM

This defendant did commit an offense against the laws of this State, to wit: That on or about the 11th day of October, 2008, in Jasper County, Texas, defendant committed the offense of ASSAULT

Condition 4     Defendant shall report to the Community Supervision Officer on a monthly basis or as otherwise directed by the Supervising Officer in charge of the case.

Defendant failed to report to the Tyler County C.S.C.D. for the following months of 2013: January
2012: July, August, September, October, November, December
Defendant failed to report to the Jasper County C.S.C.D. for the following months of 2012: March, April, May

Condition 10   Defendant shall pay their fine, if one is assessed, and the costs of Court, in one or several sums, and make restitution in any sum the Court shall determine, to-wit:

$  293.00 Court Costs (to be paid within 30 days to the District Clerk)
$4250.00 Attorney Fees
$15316.34 Restitution

The above unpaid total is to be paid in payment of $467.00 each month, until fully paid, to the Community Supervision and Corrections Department; the first monthly payment shall begin on . Each monthly payment shall be made by the last day of each month thereafter.

Defendant has failed to make Court ordered payments of $467.00 to the Tyler County C.S.C.D. and is currently in arrears: $18941.34. Additionally, defendant has failed to pay his Court cost to the Tyler County District Clerk and is currently in arrears: $293.00.

Condition 11   Defendant shall pay a $40.00 per month community supervision fee to the Community

WHEREFORE, the State of Texas, prays that said Motion To Revoke be set at a time and place specified by this Court and the defendant be cited to appear at such time to show cause, if any he may have, why the Court should not proceed with the Motion To Revoke; and the State further prays that a warrant shall be issued for the arrest of the defendant herein.

This the 31st day of January, A.D., 2013.

_____
Criminal District Attorney

COPY

*Exhibit C.*

### I N D E X

23,645 – EX PARTE SVEN ERIK JOHANSSON

| INSTRUMENT | PAGE |
|---|---|
| INDEX | 1 |
| CAPTION | 2 |
| CLERK'S SUMMARY SHEET | 3 |
| INDICTMENT (FILED MAY 18, 2005) | 4 |
| JUDGMENT (SIGNED OCTOBER 4, 2007) | 5-6 |
| RETURN FROM INSTITUTIONAL DIVISION-TDCJ; ORDER FOR SHOCK COMMUNITY SUPERVISION (SIGNED FEBRUARY 21, 2008) | 7-12 |
| JUDGMENT REVOKING COMMUNITY SUPERVISION (SIGNED MAY 1, 2014) | 13-14 |
| L/APPLICATION FOR A WRIT OF HABEAS CORPUS SEEKING RELIEF FROM FINAL FELONY CONVICTION UNDER CODE OF CRIMINAL PRECEDURE, ARTICLE 11.07 (FILED MAY 1, 2015) | 15-56 |
| WAIVER OF SERVICE BY CERTIFIED MAIL (DATED AUGUST 6, 2015) | 57 |
| RESPONDENT'S ANSWER (FILED AUGUST 6, 2015) | 58-59 |
| ORDER DENYING WRIT OF HABEAUS CORPUS WITHOUT A HEARING (SIGNED AUGUST 14, 2015) | 60 |
| CRIMINAL DOCKET SHEETS | 61-66 |
| CRIMINAL COMPUTERIZED DOCKET SHEETS | 67-74 |
| CIVIL DOCKET SHEET | 75 |
| CIVIL COMPUTERIZED DOCKET SHEET | 76 |
| CLERK'S CERTIFICATE | 77 |